Paul L. More, SBN 9628
Sarah Varela, SBN 12886
Kim Weber, SBN 14434
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
1630 South Commerce Street, Suite 1-A
Las Vegas, NV 89102
Tel: (702)386-5107
Fax: (702)386-9848
E-mail:  pmore@msh.law

*Attorneys for Plaintiff Local Joint Executive Board*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS LLC; THE SIGNATURE CONDOMINIUMS LLC; BELLAGIO LLC,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-01221<br><br>JUDGE: Hon. Richard F. Boulware, II<br><br>**PLAINTIFF LOCAL JOINT BOARD'S NOTICE OF DISMISSAL OF DEFENDANTS SIGNATURE LLC AND BELLAGIO LLC** |

Plaintiff Local Joint Executive Board of Las Vegas ("Joint Board"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants Signature Condominiums LLC and Bellagio LLC without prejudice.

Plaintiff Joint Board is dismissing this action against Defendants Signature and Bellagio because Defendants Signature and Bellagio have agreed to an expedited arbitration of the grievances that form the basis for the injunctive relief sought in the First Cause of Action, under 29 U.S.C. §185, thus rendering the need for such relief moot, and because the Second Cause of Action arises under state law.

1

1   Defendants Signature and Bellagio have filed neither an answer to the complaint nor a motion
2 for summary judgment as to these claims.  Dismissal under Rule 41(a)(1)(i) is therefore appropriate.
3   The remaining claim against Defendant Harrah's Las Vegas LLC are not dismissed by this
4 Voluntary Dismissal. Defendant Harrah's Las Vegas LLC has not yet appeared in the Action.

6 Dated: July 20, 2020                Respectfully Submitted,

7                **McCRACKEN, STEMERMAN & HOLSBERRY, LLP.**

                                    *[signature]*

10                                 Paul L. More, SBN 9628
                                    Sarah Varela, SBN 12886
11                                 Kim Weber, SBN 14434
                                    McCRACKEN, STEMERMAN & HOLSBERRY, LLP
12                                 1630 South Commerce Street, Suite 1-A
                                    Las Vegas, NV 89102
13                                 Tel: (702)386-5107
                                    Fax: (702)386-9848
14                                 E-mail:  pmore@msh.law

16                                 *Attorneys for Plaintiff Local Joint Executive Board*

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of July 2020, I electronically filed *PLAINTIFF LOCAL JOINT BOARD'S NOTICE OF DISMISSAL OF DEFENDANTS SIGNATURE LLC AND BELLAGIO LLC* with the Clerk of the Court using the ECF system which served the parties hereto electronically.

| | |
|---|---|
| Paul T. Trimmer | *trimmerp@jacksonlewis.com* |
| Lynne K. McChrystal | *Lynne.McChrystal@jacksonlewis.com* |
| Joshua A. Sliker | *joshua.sliker@jacksonlewis.com* |

JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

Dated:  July 20, 2020

_____
Katherine Maddux