Paul L. More, SBN 9628
Sarah Varela, SBN 12886
Kim Weber, SBN 14434
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
1630 South Commerce Street, Suite 1-A
Las Vegas, NV 89102
Tel: (702)386-5107
Fax: (702)386-9848
E-mail:  svarela@msh.law

*Attorneys for Plaintiff Local Joint Executive Board*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS<br><br>　　Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS LLC,<br><br>　　Defendant. | CASE NO. 2:20-cv-01221-RFB-NJK<br><br>JUDGE:  The Honorable Richard F. Boulware, II<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS HARRAH'S LAS VEGAS LLC** |

TO THE CLERK OF COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and the Harrah's Las Vegas LLC (collectively "Parties") hereby stipulate that Plaintiff's claims in this action as to Defendant Harrah's Las Vegas LLC are dismissed with prejudice.  The Parties agree to bear their own costs and fees.

Dated: August 10, 2020　　　　　　　　　　　　　　Respectfully submitted,

/s Sarah Varela
Paul L. More, SBN 9628
Sarah Varela, SBN 12886
Kim Weber, SBN 14434
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
1630 South Commerce Street, Suite 1-A
Las Vegas, NV 89102

*Counsel for Plaintiff*

_____ 8/10/20
Mark Ricciardi, SBN 3141
Brian Bradford, SBN 9518
**FISHER & PHILLIPS LLP**
300 S. Fourth Street, Ste. 1500
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Harrah's Las Vegas LLC*

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Richard F. Boulware, II
United States District Judge